474 A.2d 652

Commonwealth v. Hanna, Sr., Appellant.

Submitted January 5, 1984. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Richard A. Sheetz, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed.